ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sundt Construction, Inc. | )     ASBCA No.     60629-ADR |
| | ) |
| Under Contract No.     N40085-10-D-5332 | ) |

APPEARANCES FOR THE APPELLANT:     G. Scott Walters, Esq.
    Smith, Currie & Hancock LLP
    Washington, DC

    Steven L. Reed, Esq.
    Smith, Currie & Hancock LLP
    Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Julie C. Ruggieri, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

Pursuant to the October 20, 2020 joint request of the parties, the appeal having been "fully and finally resolved," ASBCA No. 60629-ADR is dismissed with prejudice.

Dated: October 22, 2020

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60629-ADR, Appeal of Sundt Construction, Inc., rendered in conformance with the Board's Charter.

Dated: October 26, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals